CORRPRO COMPANIES, INC., Plaintiff *v.* UNITED STATES, Defendant.

Court No. 01–00745

Dated: June 4, 2003

Note: Decision vacated on grant of relief from judgment November 18, 2003.